Michael V. **PITEO,** Natural Tutor of Michael J. Piteo, for and on Behalf of the Minor Son, Michael J. Piteo, Appellants,

v.

**AMERICAN EMPLOYERS' INSURANCE COMPANY,** Appellee.

No. 20680.

United States Court of Appeals
Fifth Circuit.

Dec. 6, 1963.

William V. Dunne, Jacob H. Sciambra, New Orleans, La., for appellants.

Felicien P. Lozes, Drury, Lozes & Dodge, New Orleans, La., for defendant-appellee.

Before RIVES, JONES and WISDOM, Circuit Judges.

PER CURIAM.

The district court, in a diversity case brought under the Louisiana Direction Action Statute, La.Rev.Stat.Ann. 22:655, determined that the plaintiff, appellant here, had failed to show any liability of the defendant's insured and directed a

verdict for the defendant. Being convinced that the court's action was free from error, the judgment which was entered on the directed verdict is

Affirmed.